UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
        :
HONG MAI,        :    10-CV-2028 (ARR)(CLP)
        :
        Plaintiff,     :
-against-        :    NOT FOR
        :    PRINT OR ELECTRONIC
CARL RABUM, Commissioner of the  :    PUBLICATION
Social Security Administration     :
        :    ORDER
        Defendant.    :
        X
-------------------------------------------------------------------

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated May 4, 2010 from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. O5 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, plaintiff's motion for leave to file the Proposed Complaint is granted, and the Clerk of Court is directed to process the Proposed Complaint accordingly. Plaintiff's request to proceed in forma pauperis is also granted.

1

SO ORDERED.

S/Judge Ross

_____
Allyne R. Ross
United States District Judge

Dated: May 28, 2010
      Brooklyn, New York

SERVICE LIST:

Plantiff's Attorney
Hong Mai
40-20 Beach Channel Drive
Apt. 10K
Far Rockaway, NY 11691

Defendant's Attorney
David Michael Eskew
United States Attorneys Office
Eastern District Of New York
Civil Division
271 Cadman Plaza East
Brooklyn, NY 11201

cc: Magistrate Judge Pollak