UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------X

HONG MAI,

                Plaintiff,

    -against-

Carl Rabum, Commissioner of the
Social Security Administration,
et al.,

                Defendants.

----------------------------------------X

O R D E R

10 CV 2028 (ARR)

ROSS, United States District Judge:

The parties are directed to adhere to the following policies, which the Board of Judges have adopted for expediting the disposition of Social Security cases.

Defendant will obtain **and serve upon plaintiff the administrative record of the proceedings below, along with its answer, within 90 days from the date of this order, by 8/28/10.** Unless otherwise directed by the Court, defendant will move for judgment on the pleadings within the next sixty(60) days, or by 10/28/10, **by service of motion papers upon plaintiff**. Plaintiff's response papers **shall be served upon defendant** within thirty(30) days thereafter, by 11/28/10. **Defendant shall thereafter file the entire set of motion papers and the administrative record**

1

*with the Court.*

Wherefore, it is ordered that plaintiff is granted leave to proceed without being required to prepay fees or costs, or give security therefor.

Clerk is directed to forward to the United States Marshal's Office for the Eastern District of New York copies of plaintiff's summons and complaint. The Marshal is directed to serve the summons and complaint upon the defendants without prepayment of fees.

SO ORDERED:


Dated:   Brooklyn, New York
           May 28 2010

                                      S/Judge Ross
                                      Allyne R. Ross
                                      United States District Judge

COPIES OF THIS ORDER WERE FORWARDED TO:

Hong Mai
40-20 Beach Channel Drive
Apt. 10 K
Far Rockaway, NY 11691


David Eskew
Assistant U.S. Attorney
U.S. Attorney's Office
EDNY
Civil Division
One Pierrepont Plaza
Brooklyn, NY 11201